**FILED & ENTERED**

SEP 23 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:14-bk-24463-RK |
| JOSEPH ELLISON, | Chapter 7 |
| Debtor. | Adv. No. 2:15-ap-01001-RK |
| | JUDGMENT |
| JP MORGAN CHASE BANK, N.A., JP MORGAN SECURITIES, LLC, | |
| Plaintiffs, | |
| vs. | |
| JOSEPH ELLISON, | |
| Defendant. | |

The court having issued its memorandum decision in this adversary proceeding on the complaint objecting to entry of discharge pursuant to 11 U.S.C. § 727(a)(2)(A) and (a)(2)(B), which decision sets forth its findings of fact and conclusions of law after trial, pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure and Rule 52 of the Federal Rules of Civil Procedure,

///

///

1   Judgment is hereby entered in favor of Plaintiffs JP Morgan Chase Bank, N.A.,
2   and JP Morgan Securities, LLC, and against Defendant Joseph Ellison that the discharge
3   of Defendant Joseph Ellison, the debtor in this bankruptcy case, is denied pursuant to 11
4   U.S.C. § 727(a)(2)(A).
5   IT IS SO ORDERED.
6   ###

Date: September 23, 2016

_____
Robert Kwan
United States Bankruptcy Judge