UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

FILED
OCT 19 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| | |
|---|---|
| In re: JOSEPH ELLISON, | Case No. 2:14 bk-24463RK |
| Debtor. | Adv. No. 2:15-ap-01001-RK |
| | Chapter 7 |
| JP MORGAN CHASE BANK, N.A.; JP MORGAN SECURITIES, LLC | **APPELLANT'S STATEMENT OF ISSUES ON APPEAL** |
| Plaintiffs | |
| v. | |
| JOSEPH ELLISON, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant and Appellant Joseph Ellison designates the following issues to be raised in the foregoing appeal:

1.  Did the Bankruptcy Court commit error in denying Defendant and Debtor Joseph Ellison a discharge under 11 *U.S.C.* § 727(a)(2)(A)?

---
1
**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**

2. Did the Bankruptcy Court commit error where it considered prepetition transfers by the Debtor as evidence of an intent to defraud?

3. Were any of the Bankruptcy Court's findings of fact clearly erroneous?

4. Did the Bankruptcy Court commit error in deciding that the pre-bankruptcy conversion of non-exempt assets into exempt assets could be considered as evidence of an intent to defraud?

5. Did any prepetition transfers by the Debtor exceed the scope of permissible pre-bankruptcy planning?

6. Did the Debtor's prepetition conversion of non-exempt assets to exempt assets exceed the scope of permissible pre-bankruptcy planning?

7. Did the Bankruptcy Court abuse its discretion in making any of its orders?

8. Was the Bankruptcy Court's finding that the Debtor acted with the intent to defraud clearly erroneous?

9. Should the Debtor be denied a discharge under 11 U.S.C.727 (a) (2) (A) if he did not intend to defraud any creditor?

10. Did the Debtor intend to hinder, delay, or defraud any creditors?

DATE: October 18, 2016

*Randall A. Spencer* (signature)
Randall A. Spencer,
Attorney for Defendant/Debtor Joseph Ellison

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State California. I am over the age of 18 and not a party to the within action; my business address is 8665 Wilshire Boulevard, Suite 210, Beverly Hills, CA 90211.

On October 1̶8̶ 19 (RAS), 2016, I served the foregoing document described as:

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**

on the interested parties in this action by placing an original thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

  **X**  **BY MAIL:** I caused such envelope to be deposited in the mail at Beverly Hills, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

  ___  **BY E-MAIL:** Based on an agreement of the parties to accept service by e-mail, I e-mailed the document to the person(s) at the e-mail address listed above. No error was reported by the computer that I used. A copy of the record of the e-mail transmission, which I printed out, is attached.

  **X**  **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 1̶8̶ 19 (RAS), 2016, at Beverly Hills, California.

*Randall A. Spencer*
Randall A. Spencer

---

3
**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**

## SERVICE LIST
In re:  Joseph Ellison
Ellison adv. JP Morgan Chase Bank, N.A, et al.
Case No. 2:14 bk-24463RK
Adv. No. 2:15-ap-01001-RK

Jeffrey N. Williams
Wargo & French, LLC
1888 Century Park East
Suite 1520
Los Angeles, CA 90067

David S. Hagen
16830 Ventura Boulevard
Suite 500
Encino, CA 91436

Bryant S. Delgadillo
PIB Law
695 Town Center Drive
16th Floor
Costa Mesa, CA 92626

Hon. Robert N. Kwan
Judge, United States Bankruptcy Court
Edward Roybal Courthouse
255 East Temple Street – Suite 1682
Los Angeles, CA 90012